UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERMAINE L. BRYANT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICK NOGAN, *et al.*,<br><br>　　　　　Defendants. | Civil Action No: 24-0908 (SDW) (LDW)<br><br>**WHEREAS OPINION**<br><br>January 21, 2025 |

**WIGENTON**, District Judge.

　　**THIS MATTER** having come before this Court upon an order to show cause dated December 16, 2024, (ECF No. 9); and

　　**WHEREAS** Rule 4(m) of the Federal Rules of Civil Procedure requires defendants to be served with the complaint within 90 days; and

　　**WHEREAS** the Court permitted the complaint to proceed against Defendant Patrick Nogan on February 29, 2024, (ECF No. 4); and

　　**WHEREAS** Plaintiff was required to file proof on the docket that he served Defendant Nogan by May 29, 2024, Fed. R. Civ. P. 4(l); and

　　**WHEREAS** Plaintiff did not return U.S. Marshal Form 285 to the Clerk's Office for service, nor has he submitted any proof that he arranged for other service within the time set by the rules; and

　　**WHEREAS** the Court ordered Plaintiff to show cause by January 15, 2025 why the complaint should not be dismissed for failure to serve Defendant Nogan (ECF No 9); and

　　**WHEREAS** Plaintiff has not responded to the order to show cause; therefore,

　　The complaint is **DISMISSED WITHOUT PREJUDICE** for lack of service, Fed. R. Civ.

P. 4(m).  An appropriate order follows.

_____
**SUSAN D. WIGENTON, U.S.D.J.**

Case 2:24-cv-00908-SDW-LDW     Document 10     Filed 01/21/25     Page 2 of 2 PageID: 74